IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR250 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER MARIE LOVING, a/k/a | ) | ORDER |
| JENNIFER MARIE SUING, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that defendant wishes to enter a plea in the above matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, September 30, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 11, 2005, and September 30, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court