IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR250 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER MARIE LOVING, a/k/a | ) | ORDER |
| JENNIFER MARIE SUING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion
to continue change of plea hearing (Filing No. 19).  The Court
notes plaintiff has no objection thereto.  Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled
for:

**Friday, October 14, 2005, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,
Omaha, Nebraska, or as soon thereafter as may be called by the
Court.  The ends of justice will be served by continuing this
case and outweigh the interests of the public and the defendant
in a speedy trial.  The additional time between September 30,
2005, and October 14, 2005, shall be deemed excludable time in
any computation of time under the requirement of the Speedy Trial
Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court