IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR250 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER MARIE LOVING, a/k/a | ) | ORDER |
| JENNIFER MARIE SUING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Thursday, October 13, 2005, at 11:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 30th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court