IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:05CR250
                               )
      v.                       )
                               )
JENNIFER MARIE LOVING, a/k/a   )        ORDER
JENNIFER MARIE SUING,          )
                               )
            Defendant.         )
_____ )
```

This matter is before the Court on defendant's motion to continue report date (Filing No. 62). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until June 5, 2006, at or before 2 p.m. to report to the FPC Greenville, Greenville, Illinois, to commence service of her sentence.

DATED this 23rd day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court