IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         8:05CR250
                                )
      v.                        )
                                )
JENNIFER MARIE LOVING, a/k/a    )         ORDER
JENNIFER MARIE SUING,           )
                                )
            Defendant.          )
_____)
```

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion is rescheduled for:

**Monday, December 18, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 15th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court