IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JENNIFER MARIE LOVING,<br><br>        Defendant. | 8:05CR250<br><br>ORDER |

Defendant Jennifer Marie Loving (Loving) appeared before the court on January 5, 2012, on the Motion For Detention Hearing and Conditions of Release (Filing No. 121). Loving was represented by Andrew J. Wilson and the United States was represented by Special Assistant U.S. Attorney Martin J. Conboy, IV. Through her counsel, Loving declined to present any evidence and conceded she should be detained pending the final dispositional hearing before Senior Judge Strom.

Since it is Loving's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Loving has failed to carry her burden and that Loving should be detained pending a dispositional hearing before Senior Judge Strom.

**IT IS ORDERED**:

1. Loving's motion to set conditions of release (Filing No. 121) is denied.

2. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on January 27, 2012**. Defendant must be present in person.

3. Defendant Jennifer Marie Loving is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

4. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

5. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 5th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge