IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR250 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNIFER MARIE LOVING, a/k/a | ) | ORDER |
| JENNIFER MARIE SUING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after having been advised by the probation office that defendant has been terminated from Santa Monica Inc.'s Halfway House Program. One of the conditions of her release was that defendant would remain in the program for sixty days. In view of her release from the program,

IT IS ORDERED that defendant's supervised release is terminated. The United States Marshal shall arrest defendant and bring her before the Court on:

**Friday, March 9, 2012, at 9:30 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court